IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02078-PAB-MJW

NORFOLK SOUTHERN RAILWAY COMPANY,

Plaintiff(s),

v.

VINCENT OLSEN,
d/b/a Strategic Transport Systems,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Adjourn Scheduling Conference [Docket No. **6**, Filed November 23, 2010] is GRANTED to the extent the Scheduling Conference is **converted** to a Telephonic Status Conference**.**

Plaintiff shall establish a conference call with all parties and add the Court as the final connection by calling the Court chambers at (303) 844-2403 on December 3, 2010 at 10:00 a.m.

Date:   November 24, 2010